IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JAMES REYNOLDS, | ) | 1:08-cv-01600 GSA |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

On October 23, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of an application for benefits. On July 1, 2009, the Court issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to file an opening brief in accordance with the Scheduling Order in this matter.

On July 6, 2009, Plaintiff filed a response to the Order to Show Cause. Plaintiff's counsel explained that he had not received a response to his letter brief of April 7, 2009, but neglected to calendar a response date. Plaintiff's counsel reviewed his file upon receipt of the Court's order of July 1, 2009, and discovered that his file did not contain a copy of Defendant's response to the letter brief. He contacted counsel for Defendant and was advised a response was sent May 11, 2009, via U.S. Mail. Plaintiff's counsel has no record of having received Defendant's response.

//

1

Plaintiff seeks an extension of time to and including August 3, 2009, within which to file his opening brief. The Court will grant the request.

Accordingly, the Order to Show Cause is hereby DISCHARGED. The Plaintiff's request for an extension of time is GRANTED. Plaintiff shall file and serve the opening brief on or before August 3, 2009. All remaining actions under the Scheduling Order issued on October 23, 2008, shall proceed under the time limit guidelines set therein.

IT IS SO ORDERED.

    Dated:   **July 7, 2009**                    /s/ **Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE