LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID REYNOLDS, | CIVIL NO. 1:08-CV-01600 GSA |
|     Plaintiff, | |
|     v. | STIPULATION FOR EXTENSION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended from September 3, 2009 to October 3, 2009.

    This is the defendant's first request for an extension of time to respond to plaintiff's motion for summary judgment.

    The defendant needs an extension because the Commissioner is reviewing the defensibility of the decision.

//

//

//

Respectfully submitted this 31st day of August 2009.

DATED: August 31, 2009                 /s/ Marc V. Kalagian
                                       (*As agreed via telephone*)
                                       MARC V. KALAGIAN
                                       Attorney at Law

                                       Attorney for Plaintiff


                                       LAWRENCE G. BROWN
                                       United States Attorney

DATED: August 31, 2009        By:      /s/ Theophous H. Reagans
                                       THEOPHOUS H. REAGANS
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant


IT IS SO ORDERED.

**Dated:   September 1, 2009**            **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE