1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7       E-Mail: odell.grooms@ssa.gov

8  Attorneys for Defendant

               UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF CALIFORNIA

                      **FRESNO DIVISION**

| | | |
|---|---|---|
| DAVID JAMES REYNOLDS, | ) | 1:08-cv-01600- LJO - GSA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR REMAND PURSUANT |
| v. | ) | TO SENTENCE FOUR OF 42 U.S.C § 405(g) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

1)   Reevaluate Plaintiff's credibility and the credibility of the lay witness;

2)   Otherwise develop the record as needed, including review of any updated medical records provided.

                                                    Respectfully submitted,

Dated: September 30, 2009        /s/ *Marc V. Kalagian*
                                                 *(As authorized* via telephone)
                                                 MARC V. KALAGIAN
                                                 Attorney for Plaintiff

Dated: September 30, 2009        LAWRENCE G. BROWN
                                                 United States Attorney
                                                 LUCILLE GONZALES MEIS
                                                 Regional Chief Counsel, Region IX

                                    By:    /s/*Theophous H. Reagans*
                                                 THEOPHOUS H. REAGANS
                                                 Special Assistant U.S. Attorney
                                                 Attorneys for Defendant

## ORDER

Upon review, the stipulation to remand is GRANTED and the action is REMANDED to the Commissioner. The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff David James Reynolds and against Defendant Michael J. Astrue. On remand, the Appeals Counsel shall instruct the Administrative Law Judge to take the following action :

1)    Reevaluate Plaintiff's credibility and the credibility of the lay witness;

2)    Otherwise develop the record as needed, including review of any updated medical records provided.

    IT IS SO ORDERED.

    **Dated:   October 1, 2009**                      **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE