MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX:  562/432-2935
Email:  marckalagian_rohlfinglaw@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. REYNOLDS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: CV 08-1600 GSA<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　　IT IS HEREBY STIPULATED by and between Plaintiff DAVID J. REYNOLDS ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, MARC V. KALAGIAN, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of TWO THOUSAND ONE HUNDRED DOLLARS ($2,100.00).  This amount represents compensation for all

1  legal services rendered by MARC V. KALAGIAN on behalf of Plaintiff in
2  connection with this civil action, in accordance with 28 U.S.C. § 2412(d).
3      This stipulation constitutes a compromise settlement of Plaintiff's request for
4  EAJA attorney fees, costs, and expenses, and does not constitute an admission of
5  liability on the part of Defendant under the EAJA.  Nor do Plaintiff, MARC V.
6  KALAGIAN, or Defendant resolve, settle, or compromise the question of whether
7  MARC V. KALAGIAN may be, is, or should be the direct payee of an award of
8  fees, costs, and expenses under the EAJA in the absence of an express or implied
9  assignment of such an award or whether any such award is free from or subject to
10 debts of Plaintiff, if any, under the Debt Recovery Act.
11     Payment of TWO THOUSAND ONE HUNDRED DOLLARS ($2,100.00)
12 in EAJA attorney fees, costs, and expenses to MARC V. KALAGIAN shall
13 constitute a complete release from and bar to any and all claims Plaintiff may have
14 relating to EAJA fees in connection.  Any payment shall be made payable to
15 Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: 12/14/09                      Respectfully submitted,

                                        Rohlfing & Kalagian

                                        BY: _/s/ *Marc V. Kalagian*_
                                        Marc V. Kalagian
                                        Attorney for plaintiff
                                        David J. Reynolds

DATE: 12/11/09                      LAWRENCE G. BROWN
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Chief, Civil Division

                                        BY:  _/s/-*Theophous H. Reagans*_*
                                        Theophous H. Reagans
                                        Special Assistant United States Attorney
                                        Attorneys for defendant Michael J. Astrue
                                        Commissioner of Social Security
                                        [*By email authorization on December 11, 2009]

IT IS SO ORDERED

Dated: December 15, 2009                   /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE